United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA EX REL.
KCI CUSTOMS BROKERS, INC.,**

    *Plaintiff,*

v.                                                                                  **NO. 3:22-CV-612-MMH-PDB**

**GAMECHANGE SOLAR CORPORATION ETC.,**

    *Defendants.*

___

# Order

Considering the United States' position, Doc. 25, and the public's right of access, the Court finds sealing these documents unwarranted and **directs** the clerk to unseal them: S-Docs. 3, 4, 5, 7, 8, 8-1, 10, 11, 11-1, 13, 14, 14-1, 16, 17, 17-1, 19, 20, 20-1, 22, 23-1, and 25.

**Ordered** in Jacksonville, Florida, on May 8, 2025.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*