UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA, EX
REL. KCI CUSTOMS BROKERS
INC.,

        Plaintiff,        Case No.: 3:22-cv-612-MMH-PDB

v.

GAMECHANGE SOLAR
CORPORATION ETC.,

        Defendants.
_____/

## NOTICE OF SUBSTITUTION OF AUSA

PLEASE TAKE NOTICE that **RONNIE S. CARTER**, Assistant United States Attorney, is hereby designated as **lead counsel of record** for the United States of America, and shall be **substituted** in place of Assistants United States Attorney **Kyesha Mapp** and **Jennifer B. Moreno** as well as Department of Justice, Civil Division Attorneys **Jamie Ann Yavelberg** and **Colin Huntley**. From this date forward, all matters related to this case should be made known to the undersigned, through one of the means of contact indicated below.

Dated: May 9, 2025

                                            Respectfully submitted,

                                            GREGORY W. KEHOE
                                            United States Attorney

                                            */s/ Ronnie S. Carter*
                                            RONNIE S. CARTER
                                            Assistant United States Attorney
                                            Florida Bar No. 0948667

300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Telephone No. (904) 301-6324/6300
Facsimile No. (904) 301-6240
Email: Ronnie.Carter@usdoj.gov
*Attorneys for United States*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 9, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant:

Shanshan Liang, Esquire
Liang + Mooney, PLLC
2104 Delta Way # 1
Tallahassee, FL 32303
   *Counsel for Relator*

/s/ Ronnie S. Carter
RONNIE S. CARTER
Assistant United States Attorney